## PETITIONS TO REHEAR

COMR. OF INSURANCE v. RATE BUREAU

> No. 85
>
> Reported: 300 NC 381
>
> Petition by plaintiff to rehear denied 16 September 1980.

HAWTHORNE v. REALTY SYNDICATE, INC.

> No. 103
>
> Reported: 300 NC 660
>
> Petition by defendants to rehear denied 16 September 1980.

SHIELDS v. BOBBY MURRAY CHEVROLET

> No. 106
>
> Reported: 300 NC 366
>
> Petition by plaintiff to rehear denied 15 August 1980.

STATE v. WHITE

> No. 90
>
> Reported: 300 NC 494
>
> Petition by defendant to rehear denied 16 September 1980.